IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02400-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

SHANE JOHNSON,

    Plaintiff,

v.

JUSTIN DASH, Case Manager, Colorado State Penitentiary,
DONNA ZAVISLAN, Warden, Denver Reception and Diagnostic Center, and
DEBRA AHLIN, Committee Member, Denver Reception and Diagnostic Center,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __  is not submitted
(2)  __  is missing affidavit
(3)  xx  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing: (account statement must be **certified** by appropriate official at Plaintiff's penal institution and must cover 6-month period immediately preceding this filing)
(4)  __  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  __  is missing an original signature by the prisoner

(7) __     is not on proper form (must use the court's current form)
(8) __     names in caption do not match names in caption of complaint, petition or habeas application
(9) _xx_   other: Account statement is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10) __    is not submitted
(11) __    is not on proper form (must use the court's current form)
(12) __    is missing an original signature by the prisoner
(13) __    is missing page nos. __
(14) __    uses et al. instead of listing all parties in caption
(15) __    names in caption do not match names in text
(16) __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) __    other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 12, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge