IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02400-BNB

SHANE JOHNSON,

    Plaintiff,

v.

JUSTIN DASH, Case Manager, Colorado State Penitentiary,
DONNA ZAVISLAN, Warden, Denver Reception and Diagnostic Center, and
DEBRA AHLIN, Committee Member, Denver Reception and Diagnostic Center,
JAMES OLSON, Committee Chairperson, Colorado State Penitentiary,
CARMEN ESTRADA, Committee Chairperson, Centennial Correctional Facility,
KATHLEEN BOYD, Nurse Practitioner, Centennial Correctional Facility,
DEPRIEST, Committee Member, Denver Reception and Diagnostic Center,
JANE DOE, CIPS Input Operator, Colorado State Penitentiary,

    Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 7, 2012, at Denver, Colorado.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge