IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02400–REB–KMT

SHANE JOHNSON,

    Plaintiff,

v.

JUSTIN DASH, individually and in his official capacity as case manager,
DONNA ZAVISLAN, in her individual capacity as Warden and official capacity as Warden,
DEBRA AHLIN, individually and in her official capacity as committee member,
JAMES OLSON, individually and in his official capacity as committee chairperson,
CARMEN ESTRADA, individually and in her official capacity as committee chairperson,
KATHLEEN BOYD, individually and in her official capacity as nurse practitioner,
DEPRIEST, individually and in his official capacity as committee member, whose first name is unknown, and
JANE DOE, in her individual capacity, (whose true name is unknown), as a CIPS Input operator,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion for Leave to File a Supplemental Complaint" (Doc. No. 36, filed Feb. 11, 2013) and Plaintiff's "Motion for Leave to File Ammended [sic] and Supplemented Complaint" (Doc. No. 60, filed May 2, 2013)  In Document 36, Plaintiff seeks leave to file a Supplemental Complaint alleging additional facts and claims based on his relocation to Sterling Correctional Facility (SCF).  In Document 60, Plaintiff seeks to file a Amended and Supplemented Complaint that identifies by name the Jane Doe Defendant included in the original Complaint (Doc. No. 1, filed Sept. 10, 2012), clarifies the physical injuries that he allegedly suffered, and adds additional allegations based on his relocation to SCF.

It is unclear whether, in Document 60, Plaintiff seeks to amend and/or supplement the claims in his current operative complaint (Doc. No. 1), the proposed Supplemental Complaint attached to

Document 36, or both.  As such, both Motions (Doc. Nos. 36 & 60) are **DENIED** without prejudice.  Plaintiff may file a single renewed motion to amend and/or supplement no later than **May 24, 2013.**  The motion shall detail the proposed amendments and the reasons why such amendments are necessary.  In addition, Plaintiff must attach his proposed amended complaint and/or supplemental complaint to the motion.  The proposed amended and supplemental complaint(s) must contain all of Plaintiff's claims and all of the defendants against whom he wishes to assert claims.

Dated: May 2, 2013