IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02400–REB–KMT

SHANE JOHNSON,

    Plaintiff,

v.

JUSTIN DASH, individually and in his official capacity as case manager,
DONNA ZAVISLAN, in her individual capacity as Warden and official capacity as Warden,
DEBRA AHLIN, individually and in her official capacity as committee member,
JAMES OLSON, individually and in his official capacity as committee chairperson,
CARMEN ESTRADA, individually and in her official capacity as committee chairperson,
KATHLEEN BOYD, individually and in her official capacity as nurse practitioner,
DEPRIEST, individually and in his official capacity as committee member, whose first name is unknown, and
JANE DOE, in her individual capacity, (whose true name is unknown), as a CIPS Input operator,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion for Issue Resolution" (Doc. No. 87, filed Sept. 12, 2013); Defendants' "Motion to Dismiss Amended Complaint [] in Part Pursuant to Fed. R. Civ. P. 12(b)(1) and/or (6) and for Summary Judgment" (Doc. No. 72, filed June 28, 2013); and Defendants' "Motion to Stay the Dispositive Motions Deadline Pending Resolution of the Motion to Dismiss the Amended Complaint" (Doc. No. 90, filed September 23, 2013).

Plaintiff's "Motion for Issue Resolution" (Doc. No. 87) is GRANTED. Although the court's order granting Plaintiff's Motion to for Leave to File Amended and Supplement Prisoner Complaint directed the Clerk of Court to file the Amended and Supplemented Complaint featured at Document Number 60-1, the Clerk mistakenly filed a different Amended Complaint. (*Compare* Doc. No. 60-1 *with* Doc. No. 70.) Because the incorrect version of Plaintiff's Amended Complaint did not feature Defendants Sargent, McKay, Christner, and Beeman in the

caption, the court did not direct the United States Marshal Service to serve these Defendants and, as a consequence, they have not answered or otherwise responded.

The Clerk of Court is directed to file the correct version of Plaintiff's Amended and Supplemented Complaint. (Doc. No. 60-1.) Pursuant to 28 U.S.C. § 1915(d), the court will direct the United States Marshal Service to serve Defendants Sargent, Mckay, Christner, and Beeman.

Because it is directed at the incorrect version of Plaintiff's Amended Complaint, Defendants' Motion to Dismiss and for Summary Judgment (Doc. No. 72) is DENIED without prejudice as moot. Defendants shall answer or otherwise respond to Plaintiff's Amended and Supplemented Complaint no later than October 17, 2013.

Finally, Defendants' Motion to Stay (Doc. No. 90) is DENIED in part. Because it is unclear at this juncture whether Defendants will raised any immunity-based defenses with respect to the allegations in Plaintiff's Amended and Supplemented Complaint, the court declines to grant a stay of proceedings at this juncture. Nevertheless, in order to allow sufficient time for the unserved defendants to be served and for Defendants to answer or otherwise respond, the dispositive motions deadline is extended to December 10, 2013 and the Final Pretrial Conference is RESET for February 10, 2014 at 9:30 a.m. in Courtroom C-201. The parties shall file their proposed Final Pretrial Order no later than February 3, 2014.

Dated: September 26, 2013