IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02400–REB–KMT

SHANE JOHNSON,

     Plaintiff,

v.

JUSTIN DASH, individually and in his official capacity as case manager,
DONNA ZAVISLAN, in her individual capacity as Warden and official capacity as Warden,
DEBRA AHLIN, individually and in her official capacity as committee member,
JAMES OLSON, individually and in his official capacity as committee chairperson,
CARMEN ESTRADA, individually and in her official capacity as committee chairperson,
KATHLEEN BOYD, individually and in her official capacity as nurse practitioner,
DEPRIEST, individually and in his official capacity as committee member, whose first name is unknown, and
JANE DOE, in her individual capacity, (whose true name is unknown), as a CIPS Input operator,

     Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Motion to Strike and/or Deny Plaintiff's Motion for Summary Judgment [] Without Prejudice" (Doc. No. 85, filed Sept. 10, 2013) is GRANTED, Plaintiff's "Motion for Summary Judgment" (Doc. No. 80, filed Aug. 20, 2013) is DENIED without prejudice, and Plaintiff's "Motion to Supplement Plaintiff's 'Motion for Summary Judgment'" (Doc. No. 97, filed Oct. 4, 2013) is DENIED as moot.  Plaintiff's Motion for Summary Judgment does not include a statement of undisputed facts, as required by D.C.COLO.LCivR 56.1A.  *See also* REB Civ. Practice Standard VI.C (noncomplying motions that do not conform in form or substance to the procedural requirements of a relevant "rule of civil procedure, local rule, or these practice standards" may be "denied without prejudice or stricken *sua sponte*").  Without such a statement it is difficult, if not impossible, for the court to distinguish the facts that are in dispute from those that are not readily contested.  *See also Nielsen v. Price,* 17 F.3d 1276, 1277 (10th Cir. 1994) (*pro se* parties must "follow the same rules of procedure that govern other litigants.")  Plaintiff

may re-file a motion for summary judgment that complies with this and other relevant procedural rules on or before the December 10, 2013 dispositive motions deadline.

Dated:   October 9, 2013