IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02400–REB–KMT

SHANE JOHNSON,

    Plaintiff,

v.

JUSTIN DASH, individually and in his official capacity as case manager,
DONNA ZAVISLAN, in her individual capacity as Warden and official capacity as Warden,
DEBRA AHLIN, individually and in her official capacity as committee member,
JAMES OLSON, individually and in his official capacity as committee chairperson,
CARMEN ESTRADA, individually and in her official capacity as committee chairperson,
KATHLEEN BOYD, individually and in her official capacity as nurse practitioner,
DEPRIEST, individually and in his official capacity as committee member, whose first name is unknown, and
JANE DOE, in her individual capacity, (whose true name is unknown), as a CIPS Input operator,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Compel Discovery, and Answers to Complaint" (Doc. No. 109, filed Nov. 22, 2013) is DENIED. First, before the court can compel Defendant McKay respond to interrogatories, Defendant McKay must be served. Although the Colorado Department of Corrections waived service on behalf of Defendant Beeman, Christner, and Sargent, it did not do so with respect to Defendant McKay because she was and is not a CDOC employee, but instead was contracted to provide clinical care services. (*See* Waiver of Service, Doc. No. 96.) Although Plaintiff is entitled to have the United States Marshal serve process on his behalf, *see* 28 U.S.C. § 1915, he must provide the court with the proper information to locate Defendant McKay before she can be compelled to respond to this suit.

Finally, to the extent that Plaintiff seeks to compel Defendants to answer or otherwise respond to

Plaintiff's Amended Complaint, the court notes that Defendants have done so by filing their "Motion to Dismiss Amended Complaint [] Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and/or for Summary Judgment" (Doc. No. 100) on October 17, 2013.

Dated:   November 25, 2013