**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02400-REB-KMT

SHANE JOHNSON,

     Plaintiff,
v.

JUSTIN DASH, individually and in his official capacity as case manager,
JAMES OLSON, individually and in his official capacity as committee chairperson,
CARMEN ESTRADA, individually and in her official capacity as committee chairperson, and
KATHLEEN BOYD, individually and in her official capacity as nurse practitioner,

     Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#214] of Judge Robert E. Blackburn entered on September 14, 2015 it is

ORDERED that judgment is entered in favor the defendants, Justin Dash, Donna Zavislan, Debra Ahlin, James Olson, Carmen Estrada, Kathleen Boyd, Daniel De Priest, Keri McKay, Helen Christner, Judith Beeman, and Yvonne Sargent, against the plaintiff, Shane Johnson; and it is

ORDERED that the defendants are awarded their costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 14th day of September, 2015.

                                               FOR THE COURT:
                                               JEFFREY P. COLWELL, CLERK

                              By: s/  K. Finney

                                               K. Finney
                                               Deputy Clerk